**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Creasman, | No. CV-22-01820-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Farmers Casualty Insurance Company, | |
| Defendant. | |

    The Court is in receipt of the parties' Joint Case Management Report (Doc. 25), which was filed pursuant to the Court's Order setting a Rule 16 Scheduling Conference. (Doc. 12).  After the Court scheduled the December 28, 2022, Scheduling Conference, Defendant filed an Expedited Motion to Stay Proceedings (Doc. 16).  Also pending is Defendant's Motion to Dismiss (Doc. 10). In its Motion to Stay, Defendant argues that this action should be stayed pending a decision from the Arizona Supreme Court on two certified questions that are related to Plaintiff's claims. (Doc. 16 at 3).  *See also Franklin v. CSAA General Insurance Company*, No. 2:22-cv-00540-JJT (D. Ariz. Nov. 2, 2022), at Doc. 47. The Court has yet to issue a ruling on the requested stay, but finds good cause to postpone the Scheduling Conference until the Court has had an opportunity to assess its merits.  The Court will thus hold the parties' proposed scheduling order in abeyance and vacate the scheduled Rule 16 Conference, to be reset at a later date.

    Accordingly,

    **IT IS ORDERED** that the Rule 16 Scheduling Conference set for December 28,

2022, is **VACATED**, to be reset for a later date after the Court has ruled on the pending Expedited Motion to Stay Proceedings (Doc. 16).

Dated this 21st day of December, 2022.

Honorable Diane J. Humetewa
United States District Judge