**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Creasman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Farmers Casualty Insurance Company,<br><br>　　　　Defendant. | No. CV-22-01820-PHX-DJH<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Notice of Classwide Settlement and Unopposed Motion to Transfer Case (Doc. 49). Pursuant to Local Rule of Civil Procedure 42.1(e)(2) and (3), the Court hereby transfers this case to Judge Michael T. Liburdi.[1]

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Transfer Case (Doc. 49) is **GRANTED.**

**IT IS FURTHER ORDERED** that this case shall be transferred to Judge Michael T. Liburdi for all further proceedings. All future filings shall bear the caption: CV-22-01820-PHX-MTL.

Dated this 18th day of October, 2024.

　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to LRCiv. 42.1(e), Chief Judge Snow has been given notice of the transfer and Judge Liburdi has consented to receive the above-captioned case.